**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1171**

---

MOHAMED GULED,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE;
JOHN ASHCROFT, Attorney General,

Respondents.

---

On Petition for Review of an Order of the Board of Immigration
Appeals. (A75-386-390)

---

Submitted: April 14, 2003      Decided: April 28, 2003

---

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Mohamed Guled, Petitioner Pro Se.  Allen Warren Hausman, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mohamed Guled, a native and citizen of Somalia, petitions for review of an order of the Board of Immigration Appeals affirming the denial of asylum based on the reasoning of the Immigration Judge (IJ). We have reviewed the administrative record and find no error in the IJ's conclusion that Guled was firmly resettled in Canada and is thus ineligible for asylum. See 8 U.S.C. § 1252(b)(4)(C) (2000); 8 U.S.C. § 1158(b)(2)(A)(vi) (2000); Mussie v. INS, 172 F.3d 329, 331-32 (4th Cir. 1999). As the firm resettlement bar applies here, Guled's contentions that he suffered past persecution and challenging the IJ's additional findings that he could safely relocate in Somalia, or go to Ethiopia, are misplaced.

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2